*Clark,* 230 Cal.App.4th 490, 178 Cal. Rptr.3d 649, 656 (2014), *review denied* (Dec. 17, 2014).

4. Because Rocha did not plead a violation of his constitutional or statutory rights, the district court's alternative holding that the doctrine of qualified immunity bars Rocha's claims was not erroneous. *See Ashcroft v. al–Kidd,* 563 U.S. 731, 131 S.Ct. 2074, 2080, 179 L.Ed.2d 1149 (2011).

5. The district court did not abuse its discretion by denying Rocha leave to file a third amended complaint. The district court dismissed Rocha's first amended complaint ("FAC") without prejudice, informed Rocha of the FAC's deficiencies, and granted him leave to file a SAC. The SAC, however, did not cure the identified deficiencies, and Rocha pointed to no additional facts that could support his claims. *See Johnson v. Lucent Techs. Inc.,* 653 F.3d 1000, 1012 (9th Cir.2011).

**AFFIRMED.**

Tracy WEBB, Plaintiff–Appellant,

v.

KAISER, (Fremont); et al., Defendants–Appellees.

No. 14–15882.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 17, 2015.

Tracy Webb, Newark, CA, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

## MEMORANDUM ***

Tracy Webb appeals pro se from the district court's judgment dismissing her action alleging, among other things, sex and racial discrimination. We review de novo. *Watison v. Carter,* 668 F.3d 1108, 1112 (9th Cir.2012) (dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii)); *Brady v. United States,* 211 F.3d 499, 502 (9th Cir.2000) (dismissal for lack of subject matter jurisdiction). We affirm.

The district court properly dismissed Webb's action because Webb failed to allege facts establishing federal subject matter jurisdiction. *See* 28 U.S.C. §§ 1331, 1332 (requirements for federal subject matter jurisdiction); *see also Provincial Gov't of Marinduque v. Placer Dome, Inc.,* 582 F.3d 1083, 1086 (9th Cir.2009) (discussing requirements for federal question jurisdiction under § 1331).

**AFFIRMED.**

---

\*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.